IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 15-cv-01418-RBJ

LEEVELLA MAYO, a citizen of Mississippi, individually and as personal representative of JaDerrick Gallaspy, deceased; as mother of JaDerrick Gallaspy, deceased, as next of friend of Z'Niyla Gallaspy, daughter of the deceased JaDerrick Gallaspy; and as sister of the deceased Annie Johnson, et al,

    Plaintiffs,

v.

GENERAL MOTORS LLC, a Delaware limited liability company with its principal place of business located in Michigan and with a sole member, General Motors Holdings LLC, which is a Delaware LLC with a principal place of business located in Michigan which, in turn, has a sole member, General Motors Company, which is a Delaware corporation with a principal place of business in Michigan, et al,

    Defendants.

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **fifteen day Jury Trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **January 22, 2018 at 9:00 a.m.**

A Trial Preparation Conference is set for **December 1, 2017 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 1st day of February, 2016.

BY THE COURT:

_____

R. Brooke Jackson  
United States District Judge