IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01418-RBJ

**LEEVELLA MAYO**, a citizen of Mississippi, individually and as person representative of JaDerrick Gallaspy, deceased; as mother of JaDerrick Gallaspy, deceased; as next friend of Z'Niyla Gallaspy, daughter of the deceased JaDerrick Gallaspy; and as sister of the deceased Annie Johnson; et. al.,

Plaintiffs,

v.

**GENERAL MOTORS, LLC**, a Delaware limited liability company with its principal place of business located in Michigan and with a sole member, General Motors Holdings, LLC, which is a Delaware LLC with a principal place of business located in Michigan which, in turn, has a sole member, General Motors Company, which is a Delaware corporation with a principal place of business in Michigan;, et. al.,

Defendants.

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT HONEYWELL INTERNATIONAL INC. AND REQUEST FOR ENTRY OF ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.Civ.P. 41(a)(2)**

Plaintiffs, by and through their undersigned counsel, Paul J. Komyatte of The Komyatte Law Firm LLC, and Defendant Honeywell International Inc., successor in interest by merger to AlliedSignal, Inc. and Honeywell Inc. ("Honeywell"), by and through its attorneys, Adam Goldstein of White and Steele, P.C., submit the following Stipulation of Dismissal Without Prejudice And Request for Order of Dismissal Without Prejudice Pursuant to

Fed.R.Civ.P. 41(a)(2).  In furtherance thereof, Plaintiffs and Honeywell stipulate and agree as follows:

1. This case concerns a July 5, 2013 accident involving a 2004 Chevrolet Tahoe (the "Subject Vehicle").

2. Plaintiff has raised numerous defect allegations concerning the Subject Vehicle and its various component parts, including, *inter alia*, the various seatbelt systems in the Subject Vehicle.

3. Based upon, *inter alia*, the model year of the Subject Vehicle and Honeywell's inspection of the Subject Vehicle, Honeywell represents it did not manufacture any of the seat belt systems at any of the seating positions in the Subject Vehicle.  Honeywell further represents that the seat belt buckle assemblies at the second and third row seating positions were manufactured by Key Safety Systems pursuant to U.S. Patent Number 4,451,958.  Honeywell further represents ownership interest in U.S. Patent Number 4,451,958 was transferred from AlliedSignal Inc. to Breed Technologies effective October 30, 1997.  Honeywell further represents that through a series of transactions, the ownership in said Patent was transferred from Breed Technologies to Key Safety Systems, Inc.  Consequently, at the time the seatbelt systems at the second and third row seating positions were manufactured, Honeywell had no control or involvement in the design, testing, manufacture or sale of any of the seatbelt systems or any of the components of the seatbelt systems in the Subject Vehicle.  Honeywell further represents that AlliedSignal, Inc. and Honeywell Inc. no longer exist as independent entities and that Honeywell International, Inc. is the successor in interest to Allied Signal, Inc. and Honeywell Inc.

4. In light of the foregoing Plaintiffs hereby agree and stipulate to the dismissal of Honeywell from this case without prejudice, with each party to bear its own costs and fees.

5. Plaintiffs and Honeywell agree that Plaintiffs have the right to re-assert claims against Honeywell if the course of discovery reveals that Honeywell played a role in the design, testing, manufacture or sale of any of the seatbelt systems or any of the components of the seatbelt systems in the Subject Vehicle and/or is otherwise a proper defendant. In such an event, Honeywell agrees that the re-asserted claims would "relate back" to the date of Plaintiff's filing of the original Complaint in this matter. Honeywell further agrees that in such an event, Honeywell agrees to waive any statute of limitation defense or laches defense.

6. Plaintiffs and Honeywell agree that, if Plaintiffs do not seek to re-assert claims against Honeywell by the close of discovery in this case, the dismissal of Honeywell shall convert to a dismissal with prejudice.

7. Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs and Honeywell respectfully move and request that the Court enter an Order GRANTING this Stipulation and dismissing Honeywell from the case without prejudice, with each party to bear its own fees and costs. A proposed Order is filed herewith.

Respectfully submitted this 24th day of June, 2016.

                                            THE KOMYATTE LAW FIRM LLC

                                            s/ Paul J. Komyatte
                                            Paul Joseph Komaye, Co. Reg. No. 22750
                                            1536 Cole Boulevard, Sutie 300
                                            Lakewood, CO 80401
                                            (720) 975-8553
                                            paul@komayattelawfirm.com

                                            ATTORNEYS FOR PLAINTIFFS

WHITE AND STEELE, P.C.


s/ Adam Goldstein
Adam Goldstein, Co. Reg. No. 32193
Dominion Towers, North Tower
600 17th Street, Suite 600N
Denver, CO 80202-5406
(303) 296-2828
agoldstein@wsteele.com

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.,

SUCCESSOR IN INTEREST BY MERGER TO
ALLIEDSIGNAL, INC. AND
HONEYWELL, INC.

5

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of June, 2016, a true and correct copy of the foregoing was served via e-mail and/or U.S. Mail to the following:

Stuart Alan Ollanik
Ollanik Law LLC
1439 Woldwood Lane
Boulder, CO  80305-6222
stuart@ollanik.law.com
Attorneys for Plaintiffs

Paul Joseph Komayette
Komyatte Law Firm
1536 Cole Boulevard, Sutie 300
Lakewood, CO  80401
paul@komayattelawfirm.com
Attorneys for Plaintiffs

Lee Allen Mickus
Snell & Wilmer, LLP-Denver
1200 17th Street
One Tabor Center, Suite 1900
Denver, CO  80202
lmickus@swlaw.com
Attorneys for Defendants General Motors LLC and
General Motors Company

Charles L. Casteel
Davis Graham & Stubbs, LLP
1550 17th Street, Suite 500
Denver, CO  80202
Charles.casteel@dgslaw.com
Attorneys for Defendants Takata Seat Belts, Inc. and
TK Holdings, Inc.

Peter C. Middleton
Hall &Evans, LLC-Denver
1001 17th Street, Suite 300
Denver, CO  80202
middletonp@hallevans.com
Attorneys for Defendant Key Safety Systems, Inc.

David Matthew Stauss
Gregory Paul Szweczk
Ballard Spahr, LLP-Denver

1225 17th Street, Suite 2300
Denver, CO  80202-5596
staussd@ballardspahr.com
szwecykg@ballardspahr.com
Attorneys for Defendant Toyo Tire U.S.A. Corp.


                                                  */s/Becky Kongs*
                                                  Becky Kongs
                                                  For White and Steele, P.C.