

STUART A. OLLANIK
ATTORNEY AT LAW

STUART@OLLANIK-LAW.COM
WWW.OLLANIK-LAW.COM
303-579-9322

November 19, 2021

In re:  Mayo et al. v. General Motors LLC et al., 15-cv-01418-RBJ

Jeffrey P. Colwell
Clerk, United States District Court
for the District of Colorado
via email**: Jeffrey_P_Colwell@cod.uscourts.gov**

Dear Clerk Colwell,

Thank you for notifying us of the information that Judge Jackson asked to be passed along to the litigants in this case.   Undersigned counsel represented all of the Plaintiffs in this matter, who would be all of the parties adverse to the Honeywell related defendants.

We can confirm that there was no prejudice to any of the parties related to this disclosure or any non-recusal.  In this matter, as in every other contact we have had with Judge Jackson, Judge Jackson was in all ways fair and impartial. It is indicative of Judge Jackson's integrity that he directed that the parties be notified.  There was no prejudice to any party, and we would not have asked for recusal if we had known this information previously. We do not request any action other than to thank Judge Jackson for his service and his candor.

Sincerely,

*[signature]*

Stuart A. Ollanik
OLLANIK LAW LLC

And

Paul J. Komyatte
Komyatte Law Firm, LLC

OLLANIK LAW LLC
1439 WILDWOOD LANE
BOULDER, CO  80305